# United States District Court
# For the District of Columbia

JANET W. ROBERSON

        Plaintiff(s)    )    **APPEARANCE**
                           )
                           )
            vs.    )    CASE NUMBER   06-0282-RWR
MARTIN J. GRUENBERG, Acting Chairman,  )
Federal Deposit Insurance Corporation    )
        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Dina L. Biblin   as counsel in this
                          (Attorney's Name)

case for:  MARTIN J. GRUENBERG, Acting Chairman, FDIC, Defendant
             (Name of party or parties)

April 17, 2006
Date

#270298
BAR IDENTIFICATION

Signature

Dina L. Biblin
Print Name

FDIC Legal Division, 3501 N. Fairfax Dr. D-7050
Address

Arlington, VA 22226
City    State    Zip Code

(703) 562-2372
Phone Number