UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| JANET W. ROBERSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0282 RWR |
| SHEILA C. BAIR, Chairman, Federal Deposit Insurance Corporation, | ) |
| Defendant. | ) |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff respectfully moves this honorable Court for an enlargement of time of two weeks, up to and including December 4, 2006 in which to file her opposition to Defendant's Motion and Memorandum for Entry of Protective Order and her opposition to Defendant's Motion to Compel Plaintiff's Expert Report and For Extension of Time to Serve Defendant's Expert Report or In the Alternative to Strike.  Plaintiff's replies are currently due on November 20, 2006.

The requested additional time is needed because plaintiff's counsel has been inundated with the press of other business, including but not limited to, out-of-town hearings on national security clearance issues, the taking of depositions over the next two weeks for *Montgomery v. Chao*, Civil Action No. 05-2157 (RMU), and the preparation of a brief in *Eshelman v. Wickwire Gavin, PC et al.*, Civil Action No. 0007200-06.  In addition, next week is a shortened week because of the holiday.

Counsel for defendant FDIC indicated that defendant consents to the enlargement of time sought in this motion.

## CONCLUSION

For the reasons stated herein above, plaintiff respectfully urges this Court to grant this motion and to enlarge the time in which plaintiff may reply to Defendant's Motion and Memorandum for Entry of Protective Order and to Defendant's Motion to Compel Plaintiff's Expert Report and For Extension of Time to Serve Defendant's Expert Report or In the Alternative to Strike to and including December 4, 2006.

Respectfully submitted,

_____/S/_____

David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C.  20005
(202) 842-0300

Attorneys for Plaintiff