# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JANET W. ROBERSON,

       Plaintiff

v.

SHEILA C. BAIR, in her capacity
 as Chairman, Federal Deposit
Insurance Corporation,

          Defendant

Civil Action No. 06-0282 (RWR / JMF)

FDIC MOTION TO FILE EXHIBIT 2
TO MOTION TO COMPEL
UNDER SEAL (uncontested)

      The FDIC hereby moves this Court to permit the filing under seal of Exhibit #2 to the FDIC's

Motion to Compel, (Docket #12) which was filed on November 9, 2006.

## DISCUSSION AND POINTS AND AUTHORITIES

      The reason for filing under Seal is that the document contains a letter from Dr. Natividad

concerning the plaintiff's medical condition, and when the document was delivered to the FDIC

during a deposition, the plaintiff's counsel marked it as "highly confidential."  The FDIC does not

want to risk publicizing the document, even though the plaintiff has put her own medical and mental

condition at issue in the instant case.  LCvR 5.1(j).

Dated: Nov. 21, 2006

Respectfully submitted,

 *s/ Dina L. Biblin*
DINA L. BIBLIN,     DC Bar # 270298
Sr. Litigation Counsel, Legal Division
FEDERAL DEPOSIT INSURANCE CORPORATION
3501 N. Fairfax Drive (VS-D-7050)
Arlington, VA 22226
(703) 562-2372; fax: (703) 562-2477
Email: DBiblin@fdic.gov

Attorney for Defendant