UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET W. ROBERSON,<br>   Plaintiff<br><br>v.<br><br>SHEILA C. BAIR, in her capacity<br> as Chairman, Federal Deposit<br> Insurance Corporation,<br>   Defendant | Civil Action No. 06-0282 (RWR / JMF)<br><br><br><br>**NOTICE OF DEPOSITION**<br>**DUCES TECUM**<br>**OF JANET ROBERSON** |

TO:
JANET ROBERSON
c/o David Shapiro
Swick & Shapiro PC
1225 Eye St. NW Suite 1290
Washington, DC 20005
Fax: (202) 842-1418
Also delivered by Electronic Mail: dhshapiro@swickandshapiro.com

  PLEASE TAKE NOTICE that pursuant to the provisions of Federal Rule of Civil Procedure 30, defendant will take the deposition upon oral examination of JANET ROBERSON before a person authorized by law to administer oaths, at the FDIC Legal Division, Virginia Square 7th floor (D-7073) conference room, 3501 N. Fairfax Drive, on Friday, September 8, 2006 beginning at 9:30 a.m. or on such other date that counsel might agree upon. Said examination will be continuing from day to day, subject to the Federal Rule of Civil Procedure 30(d), until completed and will be for the purpose of discovery or for use as evidence in this action, or both; and will be taken pursuant to all applicable rules of Court.

      * * DESIGNATION OF MATERIALS TO BE PRODUCED * *

  PLEASE BRING WITH YOU: a list of the names and addresses of all physicians or other medical professionals, including psychotherapists, psychiatrists, and mental health counselors, with whom you have consulted or sought treatment from since 1990. Or in the alternative, be prepared to testify concerning that information. Plaintiff also will be asked to sign a release for medical records

2

and a confidentiality agreement, to be supplied by separate mailing.

Dated: August 31, 2006                                    Respectfully submitted,


   *s/ Dina L. Biblin*_____
DINA L. BIBLIN,    DC Bar # 270298
Sr. Litigation Counsel, Legal Division
FEDERAL DEPOSIT INSURANCE CORPORATION
3501 N. Fairfax Drive (VS-D-7050)
Arlington, VA 22226
(703) 562-2372; fax: (703) 562-2477
Email: DBiblin@fdic.gov


Attorney for Defendant

**From:** Biblin, Dina L.
**Sent:** Monday, September 25, 2006 9:23 PM
**To:** 'David Shapiro'
**Subject:** Expert Witness report and other discovery matters

David.

We can work something out on the medical records -- of course we would provide copies to you of everything we receive. And all subject to a protective order which I will send to you. I expect that when we finally get Dr. Natividad's report, it should include all of her medical records, notes, etc. on Ms. Roberson subject to the protective Order. Is Ms. Roberson being treated by a psychotherapist, or only an internist?

Without addressing everything in your E mail at the moment, just a few points:

1. We can find a date to continue Mr. Selby when I've finished Ms. Roberson, and that will take more than one day. I know you object to that and are forcing me to go to the Court, but I don't see any way it can be completed in one day.

2. You are confusing Jim Collins with Mr. Brennan. Mr. Collins' deposition was moved because he has a family emergency. Mr. Brennan had no knowledge that was material to the case. We will have to find some dates later in the fall for both Mr. Collins and Mr. Cywinski, if you wish to take their depositions.

3. I do not know where Mr. Torrado is right now. The last I heard is that he was out of the country. We do not plan to call him as a witness.

4. I'm sure Ms. Roberson can do a bit better to remember names of the key physicians that treated her previously and if not, I would expect she will authorize a disclosure of same from her insurance providers. GWU's HMO may be out of business, but its records must be maintained somewhere, and the GWU Medical Faculty Associates have assumed a lot of the work of the prior HMO. Still at Washington Circle in Foggy Bottom.

5. Can I get a set of Ms. Roberson's copies of the documents she listed in her initial disclosures prior to the deposition? (Other than those which are contained in the ROIs) I would be happy to copy them here and return them to her within a day, if she has them here, to make this go a little more quickly. This request includes her tape with the coach.

I will follow up with some other matters tomorrow when I have more time.

*Dina*

_____
Dina L. Biblin
Senior Litigation Counsel
FDIC Legal Division
3501 N. Fairfax Drive, D-7050
Arlington, VA 22226
Phone: (703) 562-2372

Exhibit 2

## Biblin, Dina L.

**From:** Biblin, Dina L.
**Sent:** Friday, September 29, 2006 7:16 PM
**To:** 'David Shapiro'
**Subject:** List of Initial Disclosure Documents to Copy from Ms. Roberson

David.
I cut and pasted from the Initial Disclosure -- these are among the documents that Ms. Roberson claims she has in her possession and I want a copy of
<u>her</u> copies of these documents.  These were initially requested of you on Monday, Sept. 25 by Electronic mail.

 I recognize a copy of the tape may not be readily available.  We can have it copied by our AV department and returned to Ms. Roberson next week.  If Ms. Roberson has *only* an electronic copy of certain documents, (the Frip  Chissom Noveletta comes to mind), I'll be happy to take that particular one in the digital format in which she maintains it.

During our conversation this evening, at 6:45 pm, you said you would be out of the office until Tuesday (as will I) and you would work on getting us these copies Tuesday morning.  That might be too late for a deposition slated to begin Wednesday morning, but we can visit about this on Tuesday.

Let me know what you find out about the expert report and backup documents.

Thanks,

Dina

- Complainant's recorded coaching session with Carol Dell'Amore, PhD, National Leadership Institute, on August 5, 2003.  (Approximately 270 minutes)

- Complainant's leadership and 360 degree assessment results, scored by the National Leadership Institute and interpreted by Carol Dell'Amore during coaching session on August 5, 2003.

- Memorandum to Arleas Upton Kea, Director Division of Administration, from Russell A. Rau, Assistant Inspector General for Audits, dated May 13, 2004; subject: "Distribution of Executive Pay Information (Assignment No. 2004-038)."

Exhibit 3
Page 1 of 3

- Letter to Chairman FDIC Donald E. Powell, from Dexter R. Brooks, EEOC, dated Sept. 6, 2005.

- Memorandum to Martin J. Gruenberg, from Fred S. Selby, dated Nov. 16, 2005, subject: "Assurance Statement."

- Memorandum to Fred S. Selby, from Janet W. Roberson, dated Nov. 15, 2005, subject: "Assurance Statement."

- Memorandum to William F. Kroener, III, from Ian Lanoff and Lou Mazawey (the Groome Law Group), dated Sept. 11, 2002, subject: "FDIC - Examination of Edgar Bolick Claims."

- *OIG Report for Paid Vouchers, FDIC Electronic Travel Voucher System (2002/07/01 - 2004/09/30).* Run Date: October 21, 2004.

- "Regular Duty Travel: Cottrell Webster, June 30, 2002 - Present," prepared by Janet Roberson for Fred Selby, dated April 30, 2004.

- Edgar Bolick's File on Cottrell Webster's Relocation and Travel.

  - Edward Mahaney's Travel Tiles, including legal opinions on taxable travel, delays in changing FDIC policies to comply with IRS regulations, etc.

  - Plaintiff's correspondence to/from Rick Cywinski (mostly email exchanges).

  - *Why Government is not Perfect: The Memoirs of a Guv'mint Bur'crat*, by Frip Chissom (aka David Holland, former FDIC employee), self-published, 2003.

  - FDIC Outlook Calendar for Fred Carns, from September 5, 2005 through December 31, 2005.

Exhibit 3
Page 2 of 3

- FDIC Outlook Calendar for Michael Zamorski, from September 5, 2005 through January 27, 2006.

- FDIC Outlook Calendar for Robert Russell (formerly deputy to Vice Chairman John Reich and now Counsel to Mr. Reich at the Office of Thrift Supervision), various dates.

- FDIC Outlook Calendar for Michael Bartell, various dates.

- "Top 150 and CMs and EMs," FDIC pay and bonus information for 2006, released under FOIA (Request No. 06-0150).

- *IT Program Assessment, Chapter 1: Strategy Report, September 8, 2003.* Prepared for the FDIC by Deloitte Consulting, as revised September 22, 2003.

- *IT Program Assessment, Chapter 3: Roadmap Report, Dec. 05, 2003.* Prepared for the FDIC by Deloitte Consulting, December 05, 2003.

- *Minutes of the Meeting of the Audit Committee of the Federal Deposit Insurance Corporation.* February 23, 2004 at 10:00 a.m. Signed by Valerie J. Best, Assistant Executive Secretary.

- *New Financial Environment: Request for Amended Investment Budget Authorization.* Report to the FDIC Board of Directors, dated April 23, 2004.

- *Independent Evaluation of the FDIC's Information Security Program - 2003.* (Evaluation Report No. 03-040). FDIC Office of Inspector General, dated September 17, 2003.

- *OIG Assessment of the FDIC's Information Security Program for 2001 and 2002: Executive Summary.*

- *Chief Information Officer: Program Review of FDIC's Information Security Program Required by the Government Information Security Reform Act.* September 2002.

Exhibit 3
Page 3 of 3

**From:** Biblin, Dina L.
**Sent:** Tuesday, October 03, 2006 11:38 AM
**To:** 'David Shapiro'
**Subject:** Release of medical records and records supposed to be produced

David.

Still haven't received copies from Ms. Roberson's initial disclosures, as requested, nor the expert report. Can you advise when those will be delivered, please?

Attached please find an Authorization to Release Medical Records for Ms. Roberson. If this is satisfactory to you, please have Ms. Roberson sign it and return the original to me. As agreed, I will provide copies to you of all medical records obtained and that agreement is included in the release for your client's protection.

I will be forwarding a draft Privacy Act agreement later today.

*Dina*

_____
**Dina L. Biblin**
**Senior Litigation Counsel**
**FDIC Legal Division**
 3501 N. Fairfax Drive, D-7050
 Arlington, VA 22226
  Phone: (703) 562-2372

---

**From:** Biblin, Dina L.
**Sent:** Tuesday, October 03, 2006 12:57 PM
**To:** 'David Shapiro'
**Subject:** Protective Order

Attached please find an updated version of the Protective Order I originally sent to you a year ago, but which was never executed by you.

This has been updated to reflect oral agreements made during the EEOC discovery process, changing the references to the appropriate District or Magistrate Judges, and including certain Agreed designations of material already part of the discovery in this matter.

Let me know your thoughts as soon as possible.

Did you get my earlier messages asking for the initial disclosure documents?

*Dina*

_____
**Dina L. Biblin**
**Senior Litigation Counsel**
**FDIC Legal Division**
 3501 N. Fairfax Drive, D-7050
 Arlington, VA 22226
  Phone: (703) 562-2372

_____
Exhibit 4

**SWICK & SHAPIRO, P.C.**
ATTORNEYS AT LAW
1225 EYE STREET, N.W., SUITE 1290
WASHINGTON, D.C. 20005

(202) 842-0300
FAX (202) 842-1418

November 20, 2006

Dina L. Biblin
Senior Litigation Counsel
FDIC Legal Division
3501 N. Fairfax Drive, D-7050
Arlington, VA 22226

RE: *Roberson v. Bair*, Civil Action No.: 06-0282 RWR/JMF (D.D.C.)

Dear Dina:

In our continuous efforts to provide you documents you requested, I have enclosed the following:

- FDIC Outlook Calendar for Robert Russell (various dates);
- FDIC Outlook Calendar for Michael Bartell (various dates);
- The Benchmarks Feedback Report for Janet W. Roberson (July 31, 2003), and
- Ms. Roberson's copy of New Financial Environment Request for Amended Investment Budget Authorization (April 23, 2004).

In addition, I am enclosing "Why Government Is Not Perfect; The Memoirs of a Guv'mint Bur'crat" "(by Frip Chissom)." You may recall I offered you this document during Ms. Roberson October 4, deposition, but for some reason you never took it from me. In any case here it is.

Ms. Roberson is still searching for documents you requested. When she finds them I will provide you a copy.

Very truly yours,

David H. Shapiro

DHS/dk
Enclosures

Exhibit 5