UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET W. ROBERSON,<br>        Plaintiff<br><br>v.<br><br>SHEILA C. BAIR, in her capacity<br> as Chairman, Federal Deposit<br> Insurance Corporation,<br>        Defendant | Civil Action No. 06-0282 (RWR / JMF) |

DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendant hereby moves this Court for an enlargement of time of four days, up to and including December 15, 2006, in which to file her Reply to the plaintiff's opposition to Defendant's Motion to Compel Plaintiff's Expert Report (Dkt. #12). Defendant's reply is due on December 11, 2006. The requested additional time is needed because counsel consented to an additional two week period for plaintiff to respond to two motions, which caused the defendant's replies to be due immediately after a week in which the undersigned was absent from the office on other matters. While one of two replies will be filed timely today, the other will require additional time.

Counsel for Ms. Roberson indicated that he consents to this enlargement of time.

For the reasons stated above, defendant asks this Court to grant this motion and to enlarge the time in which defendant may reply to the plaintiff's Opposition to the Motion to Compel

//

1

Plaintiff's Expert Report, to and including December 15, 2006.

    A short-form proposed Order is included, below.

Dated: December 11, 2006                        Respectfully submitted,

                                            *s/ Dina L. Biblin*
                                            DINA L. BIBLIN,    DC Bar # 270298
                                            Sr. Litigation Counsel, Legal Division
                                            FEDERAL DEPOSIT INSURANCE CORPORATION
                                            3501 N. Fairfax Drive (VS-D-7050)
                                            Arlington, VA 22226
                                            (703) 562-2372; fax: (703) 562-2477
                                            Email: DBiblin@fdic.gov

                                            Attorney for Defendant

                                         PROPOSED ORDER

    For the foregoing reasons, the defendant is granted an enlargement of time until December 15, 2006 to file her reply in support of the Defendant's Motion to Compel Expert Report. [Docket #12]

Dated: December __, 2006                       _____
                                                 U.S. MAGISTRATE JUDGE