UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANET W. ROBERSON<br><br>Plaintiff,<br><br>v.<br><br>SHEILA C. BAIR, Chairman<br>Federal Deposit Insurance Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0282 (RWR/JMF)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff respectfully moves this honorable Court for an enlargement of time up to and including December 22, 2006 in which to file her opposition to defendant's Motion for Plaintiff to Submit to Mental Examination (FRCvP 35) or in the alternative to Strike Claim for Compensatory Damages, and her opposition to defendant's Motion for Order Allowing Additional Time to Take Plaintiff's Deposition.  Plaintiff's replies are currently due December 15, 2006 and December 19, 2006 respectively.

The requested additional time is needed because plaintiff's counsel has been inundated with the press of other business, including but not limited to, the preparation of briefs in *Hamilton v. Howard University, et al.,* Appeal No. CAB 8378-02, *Koch v. Cox*, Appeal No. 06-5134, as well as in two FBI administrative cases.

Counsel for defendant FDIC indicated that defendant consents to the enlargement of time sought in this motion.

        Respectfully submitted,


        _____/S/_____
        David H. Shapiro
        SWICK & SHAPIRO, P.C.
        1225 Eye Street, N.W.
        Suite 1290
        Washington, D.C. 20005
        (202) 842-0300

        Attorneys for Plaintiff