UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JANET W. ROBERSON**<br><br>**Plaintiff**<br><br>v.<br><br>**SHEILA C. BAIR, Chairman,**<br>**Federal Deposit Insurance Corporation**<br><br>**Defendant** | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0282 (TFH/JMF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** that:

1. Defendant's Motion and Memorandum for Entry of Protective Order [#11] is hereby **GRANTED**; and it is further **ORDERED** that

2. Defendant shall submit to the Court the proposed Protective Order, as a separate document, within ten days of the date of this Order; and it is further **ORDERED** that

3. Defendant's Motion to Compel Plaintiff's Expert Report and for Extension of Time to Serve Defendant's Expert Report or in the Alternative to Strike [#12] is hereby **GRANTED IN PART and DENIED IN PART**; and it is further **ORDERED** that

4. Defendant's Motion for Plaintiff to Submit to Mental Examination or in the Alternative to Strike Claim for Compensatory Damages [#17] is

       hereby **GRANTED IN PART and DENIED IN PART**; and it is further

       **ORDERED** that

5. Defendant's Motion for Order Allowing Additional Time for Deposition of Plaintiff [#18] is **GRANTED IN PART and DENIED IN PART**; and it is further **ORDERED** that

6. Discovery in this case, with an original deadline of March 30, 2007, is hereby extended for 30 days from the date of this Order, or June 11, 2007, to accommodate the outstanding issues described in the accompanying Memorandum Opinion.

**SO ORDERED**.

                                                      _____/s/_____
                                                      JOHN M. FACCIOLA
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: May 10, 2007