UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET W. ROBERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHEILA C. BAIR, Chairwoman, )<br>   Federal Deposit Insurance Corporation, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0282 RWR |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to Rule 83.6(c), Rules of the United States District Court for the District of Columbia ("LCvR"), plaintiff's counsel of record, David H. Shapiro of the law firm of Swick & Shapiro, P.C., D.C. Bar No. 961326, hereby moves this honorable Court for leave to withdraw as his appearance as counsel for plaintiff in the above-referenced civil action because he no longer enjoys the trust of plaintiff and, consequently, cannot in good conscience continue to act as her attorney in this matter.

While plaintiff has consented to counsel's withdrawal – as indicated by the appended document signed by plaintiff Janet W. Roberson – and no trial date has been set by this Court, plaintiff is not yet represented by another attorney. Accordingly, pursuant to LCvR 83.6(c), the withdrawal of counsel's appearance may only be accomplished by motion.

As noted, plaintiff has not yet obtained the services of an attorney to continue to represent her in this civil action. Moreover, parties through their respective counsel had previously agreed that further discovery will be necessary in the case and that, therefore, additional time to

complete such discovery will be needed and will be jointly sought by them. Accordingly, below-signed counsel also seeks the Court to stay the proceedings in the case for a period of 60 days in order to permit plaintiff to obtain replacement counsel. In this regard, counsel also hereby seeks a continuance of the status conference currently scheduled for June 14, 2007.

Counsel has inquired of defendant's attorney of record concerning defendant's consent to the granting of this motion and to the extensions of time herein requested, and been informed by counsel that defendant "has no objection to this motion being granted by this Court in all its parts."

## Conclusion

For the forgoing reasons, plaintiff's current counsel of record hereby respectfully urges this honorable Court to grant him leave to withdraw as counsel for plaintiff in this civil action and to (a) stay proceedings in the case for a period of 60 days in order to permit plaintiff to obtain replacement counsel and (b) continue the status conference currently set for June 14, 2007, until such time as another attorney enters his appearance for plaintiff in this case.

Respectfully submitted,

David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 I Street, N.W.
Suite 1290
Washington, DC 20005
Tel. 202-842-0300
Fax 202-842-1418
email - dhshapiro@swickandshapiro.com

Attorney for Complainant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET W. ROBERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHEILA C. BAIR, Chairwoman, )<br>   Federal Deposit Insurance Corporation, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-0282 RWR |

### PLAINTIFF'S CONSENT TO WITHDRAW OF COUNSEL

I, Janet W. Roberson, do hereby consent to the withdrawal of the appearance of David H. Shapiro of the law firm of Swick & Shapiro, P.C. (D.C. Bar No. 961326) as counsel for me in the above-captioned civil action.

June 3, 2007
Date

_____
Janet W. Roberson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET W. ROBERSON,<br><br>        Plaintiff,<br><br>v.<br><br>SHEILA C. BAIR, Chairwoman,<br>   Federal Deposit Insurance Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0282 RWR<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

UPON CONSIDERATION Of plaintiff's counsel motion for leave to withdraw his appearance made pursuant to Rule 83.6(c), Rules of the United States District Court for the District of Columbia, to which plaintiff has consented in a writing dated June 3, 2007, which was appended to said motion, and to the granting of which defendant has indicated no objection, and for the reasons set forth therein, it is by this Court this ___ day of _____ 2007

ORDERED that the motion for leave to withdraw as counsel for plaintiff in this civil action be and the same hereby is GRANTED; and it is

FURTHER ORDERED that all matters in the civil action shall be stayed for a period of 60 days in order to permit plaintiff to obtain the services of an attorney to represent her in this civil action and the status conference set for June 14, 2007 shall be continued until reset by the Court after plaintiff has obtained replacement counsel.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a copy of the forgoing Motion for Leave to Withdraw as Counsel for Plaintiff, together with the a copy of the Plaintiff's Consent to Withdrawal of Counsel signed by plaintiff and dated June 3, 2007, and a copy of the proposed Order granting said motion in all respects, has been served upon plaintiff Janet W. Roberson by mailing a copy thereof, First-Class U.S. Postage pre-paid, at her home address, 3310 Wooden Valley Court, Alexandria, Virginia 22310, on this 4th day of June 2007.

_____
David H. Shapiro
Swick & Shapiro, P.C.