UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
**JANET W. ROBERSON**           )
**Plaintiff,**                  )
                                )
v.                              ) Civil Action No. 06-0282 (RWR/JMF)
                                )
**SHEILA C. BAIR, Chairwoman**  )
**Federal Deposit Insurance Corporation,** )
**Defendant.**                  )
_____)

## LINE

Please enter the appearance , Jimmy A. Bell, Esquire, and the Law Office of Jimmy A. Bell, P.C., as counsel for Plaintiff.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esquire
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike

Upper Marlboro, MD  20772

(301) 599-7620

(301) 599-7623 (fax)