UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANET W. ROBERSON,
       Plaintiff

Civil Action No. 06-0282 (TFH / JMF)

v.

SHEILA C. BAIR, in her capacity
as Chairman, Federal Deposit
Insurance Corporation,
       Defendant

DEFENDANT'S MOTION AND MEMORANDUM
FOR EXTENSION OF DISCOVERY AND MOTIONS DEADLINES

      Defendant hereby moves this Court for an extension of time of approximately sixty days, for the completion of discovery in this case, with accordant changes to the calendar to permit sixty days after discovery closes for the filing of dispositive motions. Defendant also joins in Plaintiff's request that the case be stayed sixty days (or until such time as new counsel has become familiar with this matter if earlier), and to postpone the Status Conference currently scheduled before Judge Hogan on June 14, 2007.

      Discovery currently closes on June 11, 2007, and dispositive motions are currently scheduled to be filed on or before June 29, 2007. In the past week, plaintiff's (former) counsel, Mr. David Shapiro, moved for withdrawal and in that context, asked for a stay of proceedings for sixty days. Defense counsel had no objection to that request, but brings this Motion to insure that sufficient time is made available after the stay to complete discovery and file dispositive motions.

      Prior to plaintiff's counsel withdrawing from this case last week, he and defendant's counsel had discussed the need for sixty days to complete discovery and an additional sixty days for dispositive motions, and that understanding is reflected in the plaintiff's Motion to Withdraw (Dkt # 32, filed June 5, 2007.) That time framework also is consistent with the calendar set by Judge

1

Roberts when dates were extended by Minute Order on December 15, 2006.

However, discovery could not proceed under that schedule in early 2007 until Magistrate Judge Facciola ruled on various pending motions, which occurred on May 10. At that time, the extended discovery period was closed. In May, the Magistrate set a 30 day period to complete discovery and two weeks beyond that for dispositive motions. The parties recognized quickly that would not be sufficient time given their anticipations last December.[1]

Defendant's experts (permitted by the May 10 Order) cannot begin their work without obtaining information from plaintiff, and until they meet with plaintiff, they cannot prepare an expert report and provide testimonial discovery. With the amount of discovery still outstanding between the parties while we awaited a ruling on motions, time is needed to complete it, and for the experts to do their evaluations once plaintiff's materials have been received.

Rule 7(m) Statement. Plaintiff's prior counsel did not object to enlargements of time requested, as noted in his Motion for Withdrawal and a sixty day stay of proceedings to enable plaintiff's new counsel to become familiar with this case. The undersigned left a voice mail message for plaintiff's new counsel, Mr. Bell, last week, but has not received a return call. We believe that plaintiff will not oppose this Motion, but cannot represent that it is unopposed until we confirm this with new counsel, Jimmy A. Bell.

Given the likelihood of this Court ordering a sixty day stay, as requested by the plaintiff,

---

[1] For one thing, the defendant's experts were unavailable for a consultation with Ms. Roberson until after mid June, and asked for information from plaintiff prior to proceeding. Second, Plaintiff still has not responded to all of the documents requested from her initial disclosures, nor has she provided a release for medical notes from her treating physician. Additionally, defendant owes a few items to plaintiff, which are forthcoming, and defendants' written interrogatories and requests for production to plaintiff remain unanswered. Scheduling of some of the witnesses from which plaintiff desired additional testimony proved problematic due to the retirement of one and Mr. Shapiro's schedule. Given the number of factual issues in this case, the defendant has represented that it would require at least sixty days after the close of discovery to compile a Motion for Summary Judgment.

this motion is made in an abundance of caution so that future scheduling, post stay, is cognizant of and consistent with the efforts made last fall to plan reasonable discovery deadlines after resolution of the pending motions.  *See, Minute Order* dated December 15, 2006.

For the foregoing reasons, and in good faith, the defendant respectfully moves this Court for a sixty day extension of discovery and dispositive motions deadlines in this case, once new plaintiff's counsel is familiar with this case.  As part of this motion, the defendant suggests that the currently scheduled status conference with Judge Hogan also be rescheduled to a time after the sixty day stay of proceedings requested by plaintiff.

Dated: June 11, 2007                                        Respectfully submitted,

                                                             *s/ Dina L. Biblin*
                                                             DINA L. BIBLIN,    DC Bar # 270298
                                                             Sr. Litigation Counsel, Legal Division
                                                             FEDERAL DEPOSIT INSURANCE CORPORATION
                                                             3501 N. Fairfax Drive (VS-D-7050)
                                                             Arlington, VA 22226
                                                             (703) 562-2372; fax: (703) 562-2477
                                                             Email: DBiblin@fdic.gov

                                                             Attorney for Defendant


CERTIFICATE OF SERVICE

The foregoing was filed by ECF on this date with notification to counsel listed and this document was sent by fax to Jimmy A. Bell, Esq. at 9610 Marlboro Pike, Upper Marlboro, MD 20772, Fax #: (301) 599-7623.

                                    /s/   *Dina L. Biblin June 11, 2007*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET W. ROBERSON,<br>      Plaintiff<br><br>v.<br><br>SHEILA C. BAIR, in her capacity<br> as Chairman, Federal Deposit<br> Insurance Corporation,<br>          Defendant | Civil Action No. 06-0282 (TFH / JMF)<br><br><br>Proposed Order |

Upon motion of the defendant, Sheila C. Bair, and for good cause shown, it is hereby

ORDERED: that the defendant's motion is granted ; and it is hereby

ORDERED: that the Scheduling Order in this case is hereby amended with the following deadlines:

Stay of all proceedings until: _____

Status Conference with Judge Hogan on: _____

Defendant's expert witness report(s) will be
due on or before (stay + 45 days) _____

Discovery to close on (stay + 60 days): _____

Dispositive Motions to be filed by (stay + 120 days): _____

Dated: June \_\_, 2007                              _____
                                                                    THOMAS F. HOGAN
                                                                    UNITED STATES DISTRICT CHIEF JUDGE