UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET W. ROBERSON,<br>          Plaintiff<br><br>v.<br><br>SHEILA C. BAIR, in her capacity as<br> Chairman, Federal Deposit Insurance<br> Corporation,<br>          Defendant | Civil Action No. 06-0282 (TFH / JMF) |

JOINT MOTION TO EXTEND STAY FOR 30 DAYS

Defendant and plaintiff, by counsel, hereby ask this Court to extend the current stay of proceedings in this action, which expired on August 6, for approximately 30 more days, or until September 8, 2007, with an accordant extension of deadline dates for discovery and dispositive motions.

The reason for the parties' joint request at this time is that plaintiff obtained new counsel, and the parties are engaging in serious settlement discussions in hopes to resolve this matter in its entirety.

Upcoming deadlines that we would propose be moved are as follows:

| | | |
|---|---|---|
| Rule 26(a)(2) Report | Currently, Sept. 20, 2007 | New:   Oct. 22, 2007 |
| Discovery closes | Currently, Oct. 5, 2007 | New:   Nov. 7, 2007 |
| Dispositive motions | Currently, Dec. 4, 2007 | New:   Jan. 7, 2008 |

Rule 7(m) Statement. This is a joint motion reached upon agreement by counsel during settlement negotiations for the purpose of facilitating these negotiations.

For the foregoing reasons, and in good faith, the parties respectfully move this Court for an extension of the stay of proceedings in this case until September 8, 2007, to enable the parties to

complete or exhaust settlement discussions.

  We plan to report to the Court on or before September 8 on our progress.

| | |
|---|---|
| Dated: August 7, 2007 | Respectfully submitted, |
| | *s/ Dina L. Biblin* |
| JIMMY A. BELL, Esq.<br>DC Bar #<br>Law Office of Jimmy A. Bell, P.C.<br>9610 Marlboro Pike<br>Upper Marlboro, MD 20772<br>Ph: (301) 599-7620<br>E mail: JimBellEsq@aol.com | DINA L. BIBLIN, DC Bar # 270298<br>Sr. Litigation Counsel, Legal Division<br>FEDERAL DEPOSIT INSURANCE CORPORATION<br>3501 N. Fairfax Drive (VS-D-7050)<br>Arlington, VA 22226<br>(703) 562-2372; fax: (703) 562-2477<br>Email: DBiblin@fdic.gov |
| Attorney for Plaintiff | Attorney for Defendant |