UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET W. ROBERSON )<br>)<br>        Plaintiff, )<br>)<br>    v. )<br>)<br>SHEILA C. BAIR, Chairman )<br>Federal Deposit Insurance Corporation, )<br>)<br>        Defendant. )<br>) | Civil Action No. 06-0282 TFH / JMF |

**NOTICE OF LIEN**

THE PARTIES HERETO WILL PLEASE TAKE NOTICE that, it appearing that plaintiff, Janet W. Roberson, who was until recently represented by the law firm in this civil action, has settled her EEO claims that are the subject of this civil action favorably, thereby making her the prevailing party herein, and for other good reasons, said law firm of Swick & Shapiro, P.C., whose address is 1225 I Street, N.W., Suite 1290, Washington, DC 20005, does now hereby gives notice of and asserts an attorney's lien for the value of the legal services provided to plaintiff during this litigation and the administrative complaint process that preceded it, and for any related expenses it incurred in providing those legal services, pursuant to the fee and cost award provisions of Title VII of the Civil Rights Act, as amended, and the Age Discrimination in Employment Act, as amended, the provisions of the Retainer Agreement executed by Janet W. Roberson and the law firm of Swick & Shapiro, P.C., on October 4, 2004, particularly paragraph 19 thereof, and the equitable power of the Court.

                                                                Respectfully submitted,

        /S/
_____
David H. Shapiro
D.C. Bar No. 961326
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C.  20005
Tel. (202) 842-0300
Fax (202) 842-1418
email - dhshapiro@swickandshapiro.com

Attorney for Swick & Shapiro, P.C.