UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET W. ROBERSON,<br>   Plaintiff<br><br>v.<br><br>SHEILA C. BAIR, in her capacity as<br>Chairman, Federal Deposit Insurance<br>Corporation,<br>   Defendant | Civil Action No. 06-0282 (TFH / JMF) |

STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties represent to this Court that they have reached a settlement of all matters at issue and the parties stipulate to the voluntary dismissal of this action with prejudice, with the Court to retain jurisdiction over enforcement of the Protective Order entered in this case.

Agreed to:

__/by DLB per agreement____9/10/07
JIMMY A. BELL, ESQ.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620

Attorney for Plaintiff

Respectfully submitted,

 s/ Dina L. Biblin_____
DINA L. BIBLIN, DC Bar # 270298
Sr. Litigation Counsel, Legal Division
FEDERAL DEPOSIT INSURANCE CORPORATION
3501 N. Fairfax Drive (VS-D-7050)
Arlington, VA 22226
(703) 562-2372; fax: (703) 562-2477
Email: DBiblin@fdic.gov

Attorney for Defendant

1