UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANET W. ROBERSON,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**SHEILA C. BAIR, Chairman, Federal Deposit Insurance Corporation,**<br><br>　　　　　**Defendant.** | 06-CV-282 (TFH) |

## ORDER

Pursuant to the parties' Stipulation of Dismissal [38] filed on September 13, 2007, which "stipulate[s] to the voluntary dismissal of this action with prejudice," the Court **ORDERS** this case dismissed with prejudice.

　　**SO ORDERED**.


October 2, 2007　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　Thomas F. Hogan
　　　　　　　　　　　　　　　　　　　　　　Chief Judge